# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JANA MARTIN,

      Plaintiff,

v.                             Case No.  8:10-cv-2454-T-30MAP

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

_____/

## ORDER OF DISMISSAL

      Before the Court is the Unopposed Motion to Dismiss With Prejudice (Dkt. #6).

Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      The Unopposed Motion to Dismiss With Prejudice (Dkt. #6) is GRANTED.

2.      This cause is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

3.      All pending motions are denied as moot.

4.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on December 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2454.dismiss 6.wpd